UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

CARL FOUST,

        Plaintiff.

Case No. 20-cv-04112-EMC

**ORDER OF DISMISSAL**

Carl Foust sent to the Court a letter complaining about conditions at the California Medical Facility in Vacaville, where he is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on June 19, 2020. Mr. Foust was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Mr. Foust did not file a complaint, nor did he file an *in forma pauperis* application or pay the fee. This action therefore is **DISMISSED** without prejudice for failure to file a pleading showing that the Court has subject matter jurisdiction. Mr. Foust is now informed that the proper court in which to file a complaint about conditions at the California Medical Facility in Vacaville is the *Eastern* District of California rather than the *Northern* District of California. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 5, 2020

_____
EDWARD M. CHEN
United States District Judge